# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

158581

MICHIGAN HEAD & SPINE INSTITUTE, PC,
        Plaintiff-Appellee,

v

HASTINGS MUTUAL INSURANCE COMPANY,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158581
COA: 340656
Oakland CC: 2017-160314-NF

By order of April 2, 2019, the application for leave to appeal the September 18, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *Jawad A Shah, MD, PC v State Farm Mut Auto Ins Co* (Docket No. 157951). On order of the Court, leave to appeal having been denied in *Shah* on October 25, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



a0127

Clerk